UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:20 CR 48 |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **INDICTMENT** |
| 1) JONATHAN NEAL DEATON ) | |
|     a/k/a "JD" ) | |
| 2) CRISTIN MARIE LIVINGSTON ) | FILED |
| 3) JAMES TRAVIS PHILLIPS ) | ASHEVILLE, N.C. |
| 4) RAYMOND DALE QUEEN ) | JUN 0 4 2020 |
|     a/k/a "Clint" ) | |
| ) | U.S. DISTRICT COURT |
| | W. DIST. OF N.C. |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to prevent the defendants from becoming aware of their impending arrests, to prevent the destruction of evidence or flight from prosecution by the defendants, and to decrease the likelihood of an armed confrontation with investigators until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This __4th__ day of June, 2020.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE